CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 20 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| FATIMA PARKER, | ) | CASE NO. 3:08CV00040 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ALBEMARLE COUNTY PUBLIC SCHOOLS, et al., | ) | |
| | ) | By: B. WAUGH CRIGLER |
| Defendants. | ) | U.S. MAGISTRATE JUDGE |

For the reasons set forth on the record of the November 19, 2008 hearing, it hereby is

ORDERED

that defendants' November 17, 2008 motion to modify the pretrial order is GRANTED as follows:

(1) The hearing on defendants' motion to dismiss shall remain, as scheduled, before the presiding District Judge, at 10:30 a.m. on December 22, 2008 at the U.S. District Court, Charlottesville, Virginia;

(2) Initial disclosures of evidence under Rule 26(a)(1) shall be made on or before December 5, 2008;

(3) Initial disclosures of expert evidence under Rule 26(a)(2)(B) shall be made by the plaintiff on or before January 15, 2009, and defendants shall make their initial disclosures on or before February 16, 2009;

(4) The parties shall exchange all exhibits or lists of exhibits and lists of all witnesses who will be called to testify at trial by March 20, 2009;

(5) All discovery in this case shall be completed by April 15, 2009;

(6) Dispositive motions, together with supporting memoranda, are due on or before May 15, 2009. Responses thereto shall be filed by June 5, 2009, and a reply, if any, shall be filed on or before June 15, 2009. On or before June 20, 2009, the parties are to secure a hearing date on the dispositive motions by contacting the presiding judge's scheduling clerk in Charlottesville, Virginia;

(7) A jury trial is hereby scheduled for August 11-12, 2009 at 9:30 a.m. in the U.S. District Court, Charlottesville, Virginia;

(8) Nothing herein shall alter the remaining dates set forth in the presiding District Judge's pretrial order entered on November 5, 2008.

The Clerk of the Court is hereby directed to transmit a copy of this Order to all counsel of record.

ENTERED: _____
U. S. Magistrate Judge

11/20/08
Date