CLERK'S OFFICE U.S. DIST. COU
AT CHARLOTTESVILLE, VA
FILED

JAN 0 5 2009

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| FATIMA PARKER, | CIVIL NO. 3:08cv00040 |
| *Plaintiff,* | |
| v. | ORDER |
| ALBEMARLE COUNTY PUBLIC SCHOOLS, ET AL., | |
| | JUDGE NORMAN K. MOON |
| *Defendants.* | |

In accordance with the accompanying Memorandum Opinion, the Defendants' Motion to Dismiss (docket no. 24) is hereby GRANTED. Accordingly, this case shall be TERMINATED and STRICKEN from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record and to the Plaintiff.

ENTERED: This 5th day of Jan, 2009

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE